Eric P. Lee (4870)
Trevor J. Lee (16703)
Nathanael J. Mitchell (14727)
**HOGGAN LEE HUTCHINSON**
1225 Deer Valley Drive, Suite 201
Park City, Utah 84060
eric@hlh.law
trevor@hlh.law
nate@hlh.law

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| TRIM ART LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>BACA Systems LLC,<br><br>*Defendant*. | **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Case No: 1:24-cv-00070<br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Daphne A. Oberg |

Per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to dismiss this case with prejudice, having settled the matter. The parties further stipulate that each party shall bear its own costs and attorneys' fees.

Dated May 19, 2025

| | |
|---|---|
| HOGGAN LEE HUTCHINSON | PAESANO AKKASHIAN, PC |
| /s/ Trevor Lee | /s/ Alec Torigian (signed with permission) |
| Attorney for Trim Art, LLC | Attorney BACA Systems LLC |